DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SCHMEKA LYONS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-0999

[August 8, 2024]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest A. Kollra, Jr., Judge; L.T. Case No. 98-008419 CF10A.

Michael L. Buckner of Buckner Legal Self-Help Program, Inc., Coral Springs, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CONNER and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***